No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Motion of the Special Master for allowance of compensation and reimbursement of expenses granted, and the Special Master is awarded $61,292.54 for the period September 1, 1989, through January 31, 1990, one-third to be paid by each party. [For earlier order herein, see, e. g., 493 U. S. 929.]

No. 89–532. PEAT MARWICK MAIN & CO. v. HOLLOWAY ET AL., 494 U. S. 1014. Motion of respondents to retax costs denied.

No. 89–839. ARIZONA v. FULMINANTE. Sup. Ct. Ariz. [Certiorari granted, 494 U. S. 1055.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as amici curiae granted. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 89–1145. McCRACKEN v. CITY OF COLLEGE PARK, GEORGIA, ET AL., 494 U. S. 1028. Motion of respondents for attorney's fees denied.

No. 89–1421. POWELL ET AL. v. NATIONAL FOOTBALL LEAGUE ET AL. C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–7043. KUDLER v. JUDICIAL COUNCIL OF THE SECOND CIRCUIT. C. A. 2d Cir.; and

No. 89–7170. JENGA ET UX. v. DEVEAUX. Super. Ct. Ga., Fulton County. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until June 25, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed in forma pauperis.

No. 89–7423. IN RE SEITU; and

No. 89–7452. IN RE WILSON. Petitions for writs of habeas corpus denied.